AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

| | |
|---|---|
| KASSANDRA C.,<br>*Plaintiff*<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br><br> Civil Action No.   2:20-CV-0319-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Plaintiff's Motion for Summary Judgment (ECF No. 14) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.
Judgment is entered for Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge _____ THOMAS O. RICE _____ on cross-motions for
Summary Judgment (ECF Nos. 14 and 16).

Date:  August 2, 2021 _____

*CLERK OF COURT*

 SEAN F. McAVOY
_____

 s/ Linda L. Hansen
_____
*(By) Deputy Clerk*

 Linda L. Hansen
_____